UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **GARY M PIERCE** | **CASE NO. 3:20-CV-00750** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SUN LIFE ASSURANCE CO OF CANADA** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT OF DISMISSAL**

Considering the foregoing,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Joint Motion to Dismiss (styled "Joint Stipulation of Dismissal with Prejudice") [Doc. No. 16] is hereby **GRANTED**. Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

MONROE, LOUISIANA, this 24th day of May, 2021.

_____
Terry A. Doughty
United States District Judge